# --LAW OFFICE OF RUDY VELEZ--

TEL: (917) 674-0573  930 GRAND CONCOURSE, SUITE 1A  EMAIL:RVESQ@YAHOO.COM
BRONX, NEW YORK 10451

By Electronic Filing:
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007

Re: Mario Julio Rodriguez v. Det. Louis Demarco, et al.
   18 Civ 1001 (KPF)

Dear Judge Failla:

This letter is in response to this Court's order dated July 8, 2019 wherein plaintiff is ordered to show cause in writing why this case should not be dismissed for failure to prosecute. The plaintiff provided signed releases for relevant records in possession of the manhattan District Attorney's Office at the time the complaint was filed. (See attached copy).

On July 2, 2019 plaintiff responded to interrogations and requests for production of documents by faxing and emailing the defendant's attorney. In the request for production of documents, plaintiff submitted the entirety of documents in plaintiff possession which in effect are all the disclosures in plaintiff's possession.

I am a one man firm and was on back to back Supreme Court Criminal Trials, People v. Juan Cortorereal in New York Supreme Court and People v. Steven Santiago in White Plains Supreme Court. Both Cases involved multiple defendants and re-directed my focus.

I am now fully concentrated on this case lawsuit and would ask the Court to not dismiss for failure to prosecute and the defendants have not suffered any prejudice.

Respectfully Submitted,

RUDY VELEZ

By E-mail:
Cc: Tomokoonozawa, esq

**DESIGNATION OF AGENT FOR ACCESS TO SEALED
RECORDS PURSUANT TO NYCPL 160.50[1][d]**

I, Mario J. Rodriguez, Date of Birth 04/09/1963, SS# 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 pursuant to NYCPL § 160.50[1][d], hereby designate ZACHARY W. CARTER, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled People of the State of New York v. Mario Rodriguez, Docket No. or Indictment No. 2016NY063693 in Criminal Court, County of New York, State of New York, relating to my arrest on or about 10/24/2016, may be made available for use in Civil Action Mario Julio Rodriguez v. City of New York, et al, 18CV1001 (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_____
SIGNATURE

STATE OF NEW YORK     )
                     : SS.:
COUNTY OF            )

On this 28th day of February, 2018 before me personally came Mario Julio Rodriguez, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

LETICIA SILVA
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01SI6335560
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES 01/19/20